UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
HOWARDENA PINDELL,

        Plaintiff,

   -v-                                               Case No. 1:20-cv-00818 (PGG)

GEORGE RICHARD N'NAMDI, JUMAANE N'NAMDI,    STIPULATION EXTENDING
ARTHUR PRIMAS, THE N'NAMDI CENTER FOR        DEFENDANT'S TIME TO
CONTEMPORARY ART, N'NAMDI HOLDINGS LLC,     RESPOND TO COMPLAINT
G-R N'NAMDI, LTD., G.R. N'NAMDI GALLERIES, INC.,
N'NAMDI LLC, G.R., N'NAMBDI GALLERY NEW YORK,
LLC, N'NAMDI CONTEMPORARY MIAMI LLC, N'NAMDI
CONTEMPORARY FINE ART, INC.,

        Defendants.
-------------------------------------------------------------------------X

Defendant, Arthur Primas ("Primas") and plaintiff Howardena Pindell ("Pindell"), by and through their respective counsel, hereby agree that Primas's time to answer or otherwise respond to the Complaint is hereby extended to and including March 20, 2020.

Dated: New York, New York
       March 5, 2020

                                            NICOLE J. COWARD, PLLC
                                            *Counsel for Defendant Arthur Primas*
                                            8 West 126th, Third Floor
                                            New York, NY 10027

                                            By: Nicole J. Coward

                                            BARBARA HOFFMAN
                                            *Counsel for Plaintiff Howardena Pindell*
                                            The Hoffman Law Firm
                                            330 West 72nd Street
                                            New York, New York 10023

                                            By: Barbara Hoffman

So Ordered:

_____
The Honorable Paul G. Gardephe
March 6, 2020