UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARDENA PINDELL,

               Plaintiff,

    - against -

GEORGE RICHARD N'NAMDI,
JUMAANE N'NAMDI, ARTHUR PRIMAS,
G.R. N'NAMDI GALLERIES, INC.,
GEORGE N'NAMDI GALLERIES INC.,
N'NAMDI CENTER FOR
CONTEMPORARY ART, G.R. N'NAMDI
GALLERY NEW YORK, LLC, N'NAMDI
CONTEMPORARY MIAMI LLC,
N'NAMDI CONTEMPORARY FINE ART,
INC.,

               Defendants.

**ORDER**

20 Civ. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, any Second Amended Complaint ("SAC") is to be filed by July 23, 2020.  By July 30, 2020, Defendants will submit a letter stating whether they wish to move to dismiss the SAC and, if so, proposing a briefing schedule that has been discussed with Plaintiff.

Dated:  New York, New York

     July 9, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge