UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARDENA PINDELL,

                Plaintiff,

-against-

GEORGE RICHARD N'NAMDI,
GEORGE N'NAMDI GALLERIES INC.,
THE N'NAMDI CENTER FOR
CONTEMPORARY ART, G.R. N'NAMDI
GALLERY NEW YORK, LLC,
JUMAANE N'NAMDI, N'NAMDI
CONTEMPORARY FINE ART, INC., and
ARTHUR PRIMAS,

                Defendants.

**ORDER**

20 Civ. 818 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter presently scheduled for December 17, 2020 is adjourned sine die.

Dated: New York, New York
       December 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge