UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARDENA PINDELL,

                Plaintiff,

- against -

GEORGE RICHARD N'NAMDI, GEORGE N'NAMDI GALLERIES INC., THE N'NAMDI CENTER FOR CONTEMPORARY ART, G.R. N'NAMDI GALLERY NEW YORK, LLC, JUMAANE N'NAMDI, N'NAMDI CONTEMPORARY FINE ART, INC., and ARTHUR PRIMAS,

                Defendants.

**ORDER**

20 Civ. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein against Defendants George Richard N'Namdi, Jumaane N'Namdi, George N'Namdi Galleries, Inc., N'Namdi Center for Contemporary Art, G.R. N'Namdi Gallery New York, LLC, and N'Namdi Contemporary Fine Art, Inc. (collectively, "the N'Namdi Defendants") have been settled (see Dkt. No. 120), it is ORDERED that Plaintiff's claims against the N'Namdi Defendants be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, the Plaintiff or any of the N'Namdi Defendants may apply by letter within the thirty-day period for restoration of the N'Namdi Defendants as Defendants, in which event the N'Namdi Defendants will be restored as Defendants. As to the N'Namdi Defendants, any pending dates and deadlines are adjourned sine die, and any pending motions are moot. The Clerk of Court is directed not to close the case.

Dated: New York, New York
       December 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge