UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARDENA PINDELL,

              Plaintiff,

- against -

GEORGE RICHARD N'NAMDI, GEORGE N'NAMDI GALLERIES INC., THE N'NAMDI CENTER FOR CONTEMPORARY ART, G.R. N'NAMDI GALLERY NEW YORK, LLC, JUMAANE N'NAMDI, N'NAMDI CONTEMPORARY FINE ART, INC., and ARTHUR PRIMAS,

              Defendants.

**ORDER**

20 Civ. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In regard to Defendant Primas's Motion to Dismiss the Second Amended Complaint (Dkt. No. 72) and Plaintiff's Opposition (Dkt. No. 77), it is hereby ORDERED that the parties will conduct jurisdictional discovery over the next thirty days. On **May 19, 2025** – one week after the conclusion of jurisdictional discovery – the parties will make supplemental submissions concerning the pending motion to dismiss for lack of in personam jurisdiction.

Dated: New York, New York
         April 11, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge